```
PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for Defendant County of Marin


David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
2200 Powell Street, Suite 745
Emeryville, California 94607
Telephone:    (510) 923-6280
Facsimile:    (510) 923-6285
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
PHIL FIFITA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL FIFITA,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; GEORGE BUCKLE; and DOES 1 through 10, inclusive,<br><br>   Defendants. | **Case No.  C 10-01001 CW**<br><br>**STIPULATION FOR DISMISSAL** |

   IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41 (a) (1).  Each party is to bear its own attorneys fees and costs.

   SO STIPULATED.

-1-

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE CMC
FIFITA v. COUNTY OF MARIN ET AL, CASE NO. C 10-01001 CW

1  Dated: ___11/24/10_____                KAHN, BROWN & POORE LLP

2

3                                              BY:_____/s/ David M. Poore_____
                                                   DAVID POORE
4                                                   Attorney for Plaintiff

5

6

7  Dated: __11/30/10_____                PATRICK K. FAULKNER
                                               MARIN COUNTY COUNSEL
8

9                                              BY:_____/s/ Stephen Raab_____
                                                   STEPHEN RAAB
10                                                  Attorney for Defendant County of Marin

11

12



-2-

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE CMC
FIFITA v. COUNTY OF MARIN ET AL, CASE NO. C 10-01001 CW